IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.S., MOTHER OF A.D., A.D.,
AND J.D., CHILDREN,

        Appellant,

v.

        Case No. 5D22-1868
        L.T. Case No. 2018-DP-143

DEPARTMENT OF CHILDREN AND
FAMILIES,
        Appellee.
_____/

Decision filed December 2, 2022

Appeal from the Circuit Court for
Citrus County,
Daniel B. Merritt, Sr., Judge.

Ilene F. Tuckfield, of Ilene F. Tuckfield, P.A.,
Coral Gables, for Appellant.

Kelley Schaeffer, of Children's Legal Services,
Bradenton, and Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of
Appeals, and Amanda Victoria Glass, Senior
Attorney, of Statewide Guardian ad Litem Office,
Tallahassee, for Guardian Ad Litem Program.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.